**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-24777 |
| | § | |
| SHANTELL D BARNES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $187,232.62 | Assets Exempt: | $84,995.26 |
| Total Distributions to Claimants: | $17,348.38 | Claims Discharged Without Payment: | $6,579.00 |
| Total Expenses of Administration: | $6,026.06 | | |

3) Total gross receipts of $23,374.44 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $23,374.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $154,400.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,026.06 | $6,026.06 | $6,026.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,017.39 | $20,254.03 | $17,348.38 | $17,348.38 |
| **Total Disbursements** | $177,417.39 | $26,280.09 | $23,374.44 | $23,374.44 |

4). This case was originally filed under chapter 7 on 08/18/2017. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2018        By: /s/ David P. Leibowitz
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $1,738.17 |
| Severance payment/expectation of severance payment (gross amount listed) | 1290-000 | $21,636.27 |
| **TOTAL GROSS RECEIPTS** | | **$23,374.44** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hyundai Motor Finance Company | 4210-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Quicken Loans, Inc. | 4110-000 | $154,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$154,400.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,087.44 | $3,087.44 | $3,087.44 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $30.24 | $30.24 | $30.24 |
| International Sureties, Ltd | 2300-000 | NA | $6.82 | $6.82 | $6.82 |
| Green Bank | 2600-000 | NA | $112.57 | $112.57 | $112.57 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,785.61 | $2,785.61 | $2,785.61 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $3.38 | $3.38 | $3.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$6,026.06** | **$6,026.06** | **$6,026.06** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-900 | $1,500.00 | $1,407.94 | $1,407.94 | $1,407.94 |
| 2 | Portfolio Recovery Associates, LLC | 7100-900 | $477.39 | $477.39 | $477.39 | $477.39 |
| 3 | Portfolio Recovery Associates, LLC | 7100-900 | $782.00 | $938.07 | $938.07 | $938.07 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $996.72 | $996.72 | $996.72 |
| 5 | Portfolio Recovery Associates, LLC | 7100-900 | $1,151.00 | $1,150.37 | $1,150.37 | $1,150.37 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $1,600.00 | $1,380.80 | $1,380.80 | $1,380.80 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $940.00 | $1,040.07 | $1,040.07 | $1,040.07 |
| 8 | Midland Funding, LLC | 7100-900 | $1,428.00 | $1,624.30 | $1,624.30 | $1,624.30 |
| 9 | Midland Funding, LLC | 7100-900 | $2,300.00 | $2,284.88 | $2,284.88 | $2,284.88 |
| 10 | Midland Funding, LLC | 7100-900 | $2,300.00 | $2,208.87 | $2,208.87 | $2,208.87 |
| 11 | Midland Funding, LLC | 7100-900 | $1,700.00 | $1,591.46 | $1,591.46 | $1,591.46 |
| 12 | Capital One, N.A. | 7100-900 | $1,360.00 | $1,353.94 | $1,353.94 | $1,353.94 |
| 13 | Synchrony Bank | 7100-900 | $900.00 | $893.57 | $893.57 | $893.57 |
| 14 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $0.00 | $1,008.36 | $0.00 | $0.00 |
| 15 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $0.00 | $766.04 | $0.00 | $0.00 |
| 16 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $0.00 | $613.19 | $0.00 | $0.00 |
| 17 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $0.00 | $518.06 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | CB/Room Place | 7100-000 | $654.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | Chase Bank NA | 7100-000 | $3,600.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank / Carsons | 7100-000 | $2,325.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $23,017.39 | $20,254.03 | $17,348.38 | $17,348.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 17-24777 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BARNES, SHANTELL D | Date Filed (f) or Converted (c): | 08/18/2017 (f) |
| For the Period Ending: | 9/6/2018 | §341(a) Meeting Date: | 09/19/2017 |
| | | Claims Bar Date: | 02/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | General household furnishings | $1,500.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Scheduled value updated per amended schedule B filed 12/14/2017 (dkt #34). | | | | | |
| 2 | Personal used clothing | $100.00 | $0.00 | | $0.00 | FA |
| 3 | 18466 Millennium Drive, Tinley Park, IL 60477 (u) | $190,195.00 | $21,195.00 | | $0.00 | FA |
| 4 | 2012 Hyundai Tucson GL (70k miles) (u) | $7,000.00 | $4,200.00 | | $0.00 | FA |
| 5 | General electronics (u) | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding ring (u) | $2,500.00 | $0.00 | | $0.00 | FA |
| 7 | Two dogs (yorkie & maltipoo) (u) | $200.00 | $0.00 | | $0.00 | FA |
| 8 | Miscellaneous household tools (u) | $150.00 | $0.00 | | $0.00 | FA |
| 9 | TCF Savings (5760) (u) | $1,416.00 | $0.00 | | $0.00 | FA |
| 10 | TCF checking (1968) (u) | $415.38 | $0.00 | | $0.00 | FA |
| 11 | Bank Financial (6777) - held jointly with mother (u) | $160.80 | $160.80 | | $0.00 | FA |
| 12 | 401(k) Fidelity (5811) - rolled-over into IRA as disclosed in SOFA (line 20) (u) | $51,438.26 | $0.00 | | $0.00 | FA |
| 13 | Pension - Northwestern Medicine (u) | $9,557.00 | $0.00 | | $0.00 | FA |
| 14 | Real Estate Broker's license (u) | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Severance payment/expectation of severance payment (gross amount listed) (u) | $27,590.40 | $26,671.78 | | $21,636.27 | FA |
| 16 | Bonus or expectation of payment of bonus (gross amount listed) (u) | $6,276.82 | $6,276.82 | | $0.00 | FA |
| 17 | 2017 Federal Income Tax Refund (u) | $0.00 | $2,759.00 | | $1,738.17 | FA |
| Asset Notes: | Debtor opted to apply her pro-rated portion of refund to remaining balance due to the estate (allocated $1020.83 to Asset #15) | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$298,699.66     $62,263.40     $23,374.44     $0.00

**Major Activities affecting case closing:**

06/14/2018   2018 Reporting Period:

Trustee's Final Report was submitted to the United States Trustee for review on June 13, 2018.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2     Exhibit 8

| Case No.: | 17-24777 | | | Trustee Name: | David Leibowitz |
| Case Name: | BARNES, SHANTELL D | | | Date Filed (f) or Converted (c): | 08/18/2017 (f) |
| For the Period Ending: | 9/6/2018 | | | §341(a) Meeting Date: | 09/19/2017 |
| | | | | Claims Bar Date: | 02/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 11/11/2018     **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2
Page No: 1    Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-24777 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BARNES, SHANTELL D | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2433 | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/18/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2018 | (15) | Shantell Barnes | Non-Exempt funds as of the petition date | 1290-000 | $11,000.00 | | $11,000.00 |
| 01/16/2018 | (15) | Shantell Barnes | Payment for non-exempt funds | 1290-000 | $9,000.00 | | $20,000.00 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $14.57 | $19,985.43 |
| 02/07/2018 | 3001 | International Sureties, Ltd | 2018 Bond Payment (Bond# 016073584) | 2300-000 | | $6.82 | $19,978.61 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $29.12 | $19,949.49 |
| 03/23/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $2,759.00 | | $22,708.49 |
| | {17} | | Estate Portion - 2017 Federal Income Tax Refund    $1,738.17 | 1224-000 | | | $22,708.49 |
| | {15} | | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund - Debtor opted to allow estate to retain to apply to balance due    $1,020.83 | 1290-000 | | | $22,708.49 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $34.66 | $22,673.83 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $34.22 | $22,639.61 |
| 05/04/2018 | (15) | Urban & Burt Ltd | Payment for remainder of balance necessary to pay all claims and admin expenses in full (per order at dkt #50) | 1290-000 | $615.44 | | $23,255.05 |
| 08/08/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,087.44 | $20,167.61 |
| 08/08/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $30.24 | $20,137.37 |
| 08/08/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $2,785.61; Distribution Dividend: 100.00%; | 3110-000 | | $2,785.61 | $17,351.76 |
| 08/08/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $3.38; Distribution Dividend: 100.00%; | 3120-000 | | $3.38 | $17,348.38 |
| 08/08/2018 | 3006 | TD Bank, USA by American InfoSource LP as agent | Claim #: 1; Amount Claimed: $1,407.94; Distribution Dividend: 100.00%; | 7100-900 | | $1,407.94 | $15,940.44 |
| 08/08/2018 | 3007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 2; Amount Claimed: $477.39; Distribution Dividend: 100.00%; | 7100-900 | | $477.39 | $15,463.05 |
| 08/08/2018 | 3008 | Portfolio Recovery Associates, LLC | Claim #: 3; Amount Claimed: $938.07; Distribution Dividend: 100.00%; | 7100-900 | | $938.07 | $14,524.98 |
| 08/08/2018 | 3009 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $996.72; Distribution Dividend: 100.00%; | 7100-900 | | $996.72 | $13,528.26 |
| | | | | SUBTOTALS | $23,374.44 | $9,846.18 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-24777 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BARNES, SHANTELL D | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2433 | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/18/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 08/08/2018 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 5; Amount Claimed: $1,150.37; Distribution Dividend: 100.00%; | 7100-900 | | $1,150.37 | $12,377.89 |
| 08/08/2018 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: $1,380.80; Distribution Dividend: 100.00%; | 7100-900 | | $1,380.80 | $10,997.09 |
| 08/08/2018 | 3012 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $1,040.07; Distribution Dividend: 100.00%; | 7100-900 | | $1,040.07 | $9,957.02 |
| 08/08/2018 | 3013 | Midland Funding, LLC | Claim #: 8; Amount Claimed: $1,624.30; Distribution Dividend: 100.00%; | 7100-900 | | $1,624.30 | $8,332.72 |
| 08/08/2018 | 3014 | Midland Funding, LLC | Claim #: 9; Amount Claimed: $2,284.88; Distribution Dividend: 100.00%; | 7100-900 | | $2,284.88 | $6,047.84 |
| 08/08/2018 | 3015 | Midland Funding, LLC | Claim #: 10; Amount Claimed: $2,208.87; Distribution Dividend: 100.00%; | 7100-900 | | $2,208.87 | $3,838.97 |
| 08/08/2018 | 3016 | Midland Funding, LLC | Claim #: 11; Amount Claimed: $1,591.46; Distribution Dividend: 100.00%; | 7100-900 | | $1,591.46 | $2,247.51 |
| 08/08/2018 | 3017 | Capital One, N.A. | Claim #: 12; Amount Claimed: $1,353.94; Distribution Dividend: 100.00%; | 7100-900 | | $1,353.94 | $893.57 |
| 08/08/2018 | 3018 | Synchrony Bank | Claim #: 13; Amount Claimed: $893.57; Distribution Dividend: 100.00%; | 7100-900 | | $893.57 | $0.00 |

| | | | **SUBTOTALS** | | $0.00 | $13,528.26 |
|---|---|---|---|---|---|---|

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-24777 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BARNES, SHANTELL D | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2433 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/18/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $23,374.44 | $23,374.44 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $23,374.44 | $23,374.44 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $23,374.44 | $23,374.44 | |

**For the period of 8/18/2017 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,374.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,374.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,374.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,374.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/11/2018 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,374.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,374.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,374.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,374.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-24777 | **Trustee Name:** David Leibowitz |
| **Case Name:** | BARNES, SHANTELL D | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2433 | **Checking Acct #:** ******7701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/18/2017 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/6/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $23,374.44 | $23,374.44 | $0.00 |

**For the period of 8/18/2017 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,374.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,374.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,374.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,374.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/18/2017 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $23,374.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,374.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,374.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,374.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ